RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE 07/19/05
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WARREN BROUSSARD | DOCKET NO. 1:05 CV 0921 |
| | SECTION P |
| VS. | JUDGE DRELL |
| JAMES FLATTERY, ET AL. | MAGISTRATE JUDGE KIRK |

### JUDGMENT OF DISMISSAL

After an independent review of the record, including the objections filed by the Plaintiff, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation filed previously herein,

**IT IS ORDERED** that this civil rights action is **DENIED AND DISMISSED WITH PREJUDICE as frivolous.**

**THUS DONE AND SIGNED**, in chambers, at Alexandria, Louisiana on this 19TH day of July, 2005.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**